Robert C. Byrd Federal Building and U.S. Courthouse    2:22-CV-00244
100 North Heber Street, Room-119
Beckley, West Virginia 25801



05-18-2022

Honorable Judge!! Excuse me, please but I have a request to you!

Honorable Judge,. Excuse me, please but I want to continuous it with to found a Lawsuit against of the Bank of the treasury of the U.S. by it causes of the damage to received from the staff - D. Bickel, and J. Frame...

Specific complaint:    (on 8-18-2017)

I was to hit tricken by the staff - D. Bickel and J. Frome. They both was the use of excessive force toward me Hurtado-Valois, Carlos. Inmate -
I must to make the procedure of the Lawsuit by it violated that have made the staff...
When the staff was those to act and actions they was violated the Laws of
The UNITED STATES OF AMERICAS.

I was a stop to me complaint, because the staff - they them had to threat me fore to put a stop to me complaint.

Carlos Hurtado-Valois,
# 14626-035

Berlin FCI
P.O. Box 9000
Berlin NH 03570

I am the inmate HURTADO-VALOIS, CARLOS A. ID# 14626-035 When I was into it prison of ALLENWOOD FCI... on 04-20-2016 the staff, they was to conspired on joined together at to make a libelous report of incident to threaten to them staff...  J. SLOCUM, on 04-20-2016
  SOSSAMA, on 05-04-2016
  K. Bittenbender, OHO. on 09-30-16

Those staff they was to conspired in joined together with it intention from to have made ones it libelous report against me. By it causes from those libelous report, I am to under abuse of excessive force from them staff.
The staff, they to have a retaliation aggressive against me, by it causes from my follow record.

When it prison of ALLENWOOD FCI, to sent me for GILMER FCI. The staff, they was to use excessive of force towar me, the inmate HURTADO-VALOIS, CARLOS A. ID# 14626-035 the staff, D. Bickel, and Jason Frame. Them was to putting one bottle of pepper spray to within from my mouth, with it malice from try to kill me, than am the inmate HURTADO-VALOIS, plus them staff, also they was to fractured the both hand from the inmate HURTADO-VALOIS, ID# 14626-035

Honorable Judge! of the U.S.
Robert C. Byrd federal Building
And U.S. CourtHouse
100 north Heber Street, Room 119
Beckley, West Virginia 25801


Honorable Judge!
Excuse me, please but to here I have to send a copy of the affidavit of: Michael Curtis Reynolds — on 9-13-2017

and also I am to send couple of it complaint that what I does one BP-8 and I had gave to Ms. Putnam — Counselor, on 08-30-2017

And also I have gave to Ms. Putnam, another BP-9 but never returned any answer.
With it intention and it malice of protege those staff, that was act and actions from abuse at to use of excessive force toward the inmate Hurtado-Valois, Carlos A. #14626-035

And also I to sent two BP-10 unto it reginal

U.S. Department of Justice

Federal Bureau of Prisons

**Regional Administrative Remedy Appeal**

Type or use ball-point pen. If attachments are needed, submit four copies. One copy of the completed BP-229(13) including any attachments must be submitted with this appeal.

From: Hurtado-Valois, Carlos   14626-035   SHU   Gilmer F.C.I.
LAST NAME, FIRST, MIDDLE INITIAL | REG. NO. | UNIT | INSTITUTION

**Part A - REASON FOR APPEAL**

The motive because written this sensitive BP-10 on 8-18-2017 the staff D. Bickel put three times spray gas into my mouth and in my face. Plus the over use of the Oleoresin Copsicum is now a problem to my health and this was cruel and unusual punishment. Now I have strong pains in my lung stomach troubles. In the shower, the staff Jason Frame, smashed my body against the wall again and again brutally. He fractured both my hands... and told me I was punished for my record at Allenwood medium F.C.I.

Relief Requested: asking for a full investigation and up to and including the removed of these staffmembers and show compassion for medical, Psychological damages and treat them.

On 8-18-2017 check the video of the 1st range near gate, and record that morning

10-2-2017                              Carlos Hurtado-Valois
DATE                                   SIGNATURE OF REQUESTER

**Part B - RESPONSE**

Received
OCT 17 2017
Mid-Atlantic Regional Office

---

DATE                                   REGIONAL DIRECTOR

If dissatisfied with this response, you may appeal to the General Counsel. Your appeal must be received in the General Counsel's Office within 30 calendar days of the date of this response.

ORIGINAL: RETURN TO INMATE            CASE NUMBER: 918545-R1

**Part C - RECEIPT**

CASE NUMBER: _____

Return to: _____
LAST NAME, FIRST, MIDDLE INITIAL | REG. NO. | UNIT | INSTITUTION

SUBJECT: _____

DATE                                   SIGNATURE, RECIPIENT OF REGIONAL APPEAL

USP LVN                                                      BP-230(13)
                                                             JUNE 2002

## ATTACHMENT:

The day. on 08-21-2017 I was to put a request has Medico, or sick call... But any answer no come to me.

The day. Thursday 24-08-2017 I had to put a request has medico, but not any answer return to me.

The day. Monday. 28-08-2017 I was to put a request to Medico. But not any answer return to me.

The month 9-8-2017 the Doctor to check me and also to gave me it prednisone (10) MG.

The day 27-9-2017 I to put a request for the Doctor, but not to receive any attention more.

The day 2-10-2017 I to put a request but not to receive any attention of the Doctor.

14626-035
Federal Correctional Gilmer
201 FCI LN
Virginia Ocidental
Glenville, WV 26351
United States

Attachment 8/18/2017

On 8/18/17, Petitioner was hit on the back of his head and placed in a headlock by officers D. Bickel and Jason Frame, Sr. Also excessively used was Oleoresin Capsicum Spray (Mace) which now gives Petitioner lung and other health problems.

In the shower, Jason Frame, Sr. held the back of Petitioner's head while smashing the front into the wall, using excessive force. Both hands of the Petitioner are visibly fractured. Capsicum spray was used three times in the eyes and also into the mouth, (Petitioners) while open, causing eye, ear and also stomach problems.

Check the video on Range #1, and the Rec area.

Carlos Hurtado-Valais
ID# 14626-035

9/30/2017

Affidavit of Michael Curtis Reynolds

On or about 9/13/17, inmate Hurtado-Valais was placed in my cell on Range 6. He was complaining about fracture hands, on Prednisone for swelling due to injury to those hands. As Hurtado does not speak English well, I, on 9/15/17, Friday, got SHU Lt. Yarber to talk at the door, where Hurtado showed him the swollen hands. Nothing was done for Hurtado.

On 9/20/17, inmate Hurtado-Valais was going to recreation. Upon arrival, Officer Frame put him in the handcuff area of the cage and slid his foot under Hurtado's shin area, trying to trip him. Still handcuffed from behind, Hurtado would have fallen facefirst.

Hurtado-Valais announced Frame had beat him up in the shower, showing his fractured hands, to other officers present. There was argument, Rec Officer Barnes, told him to uncuff & leave to see Lt Yarber. Hurtado said, 'no more talk', I go to Rec. Frame spoke to Hurtado, the argument started again. Hurtado said Frame fought him, so he doesn't get to touch him. Rec Officer Barnes said, 'choice is over, go see the Lt.'

I, Michael Curtis Reynolds hereby certify under penalty of perjury pursuant to Title 28 USC §1746 the above true.

10/17/2017
Date

Michael Curtis Reynolds
Signature

REJECTION NOTICE - ADMINISTRATIVE REMEDY

DATE: NOVEMBER 3, 2017

CH- C07-117

FROM: ADMINISTRATIVE REMEDY COORDINATOR
      MID-ATLANTIC REGIONAL OFFICE

TO  : CARLOS A HURTADO-VALOIS, 14626-035
      OKLAHOMA CITY FTC    UNT: HOLDOVER    QTR: C10-403U
      P.O. BOX 898802
      OKLAHOMA CITY, OK 73189


FOR THE REASONS LISTED BELOW, THIS REGIONAL APPEAL
IS BEING REJECTED AND RETURNED TO YOU. YOU SHOULD INCLUDE A COPY
OF THIS NOTICE WITH ANY FUTURE CORRESPONDENCE REGARDING THE REJECTION.


REMEDY ID       : 920602-R1      REGIONAL APPEAL
DATE RECEIVED   : NOVEMBER 2, 2017
SUBJECT 1       : UNPROFESSIONAL, INAPPROPRIATE CONDUCT OR MISCONDUCT BY STAFF
SUBJECT 2       :
INCIDENT RPT NO :

REJECT REASON 1: YOU MUST FIRST FILE A BP-9 REQUEST THROUGH THE INSTITUTION
                 FOR THE WARDEN'S REVIEW AND RESPONSE BEFORE FILING AN APPEAL
                 AT THIS LEVEL.


FCI McDowell
Administrative Remedy Coordinator
Received
NOV 29 2017

11/29 - Delivered to Unt. Team

U.S. Department of Justice

Federal Bureau of Prisons

**Regional Administrative Remedy Appeal**

Type or use ball-point pen. If attachments are needed, submit four copies. One copy of the completed BP-229(13) including any attachments must be submitted with this appeal.

From: Hurtado-Valois, Carlos A   14626-035   SHU   Gilmer F.C.I.
LAST NAME, FIRST, MIDDLE INITIAL   REG. NO.   UNIT   INSTITUTION

**Part A - REASON FOR APPEAL** The BP-8 and BP-9 was never returned, by Policy it is therefore denied.

On 8/18/2017, Staff D. Bickel used excessive force by spraying three times, gas into my eyes, also into the mouth and face, which now gives me strong pains in my lungs, and other health problems, causing eyes ear and stomach issues. The staff Jason Frame also excessively smashed my body brutally against the wall in the shower, using excessive force. both hands of the petitioner are visibly fractured... and told me I was punished for my record of threatening an officer in allenwood. midium.

On 8/18/2017, check the video of the Rec area that morning and renge # 1, area of the shower.

Relief Requested: I'm asking for a full investigation and up to and including the remove of these staff D. Bickell and Jason Frame. and compassion for medical.

10/12/2017    Carlos Hurtado-Valois
DATE    SIGNATURE OF REQUESTER

**Part B - RESPONSE**

Received
NOV 0 2 2017
Bureau of Prisons
MARO Regional Counsel

---

DATE    REGIONAL DIRECTOR

If dissatisfied with this response, you may appeal to the General Counsel. Your appeal must be received in the General Counsel's Office within 30 calendar days of the date of this response.

ORIGINAL: RETURN TO INMATE   CASE NUMBER: 920602-R1

**Part C - RECEIPT**

CASE NUMBER: _____

Return to: _____
LAST NAME, FIRST, MIDDLE INITIAL   REG. NO.   UNIT   INSTITUTION

SUBJECT: _____

DATE   SIGNATURE, RECIPIENT OF REGIONAL APPEAL

USP LVN   BP-230(13) JUNE 2002

REQUEST FOR ADMINISTRATIVE REMEDY
INFORMAL RESOLUTION FORM
FCI/FPC GILMER
GLENVILLE, WEST VIRGINIA

---

The Bureau of Prisons Program Statement on Administrative Remedy Procedures for Inmates states that before an inmate seeks formal review of a complaint, he must try to resolve the complaint informally by presenting it to a staff member. The staff member must also try to resolve the complaint "informally" before the inmate will be given an Administrative Remedy Form.

---

INMATE'S NAME: Hurtado-Valois, Carlos  NO. 14626-035  UNIT SHU

1. Specific Complaint: On 8-18-11 I was hit and put in an head lock by Staff members D. Bickel and J. Framce. Sr plus the over use of the Oleoresin Capsicum is now a problem to my health and this was cruel and unusual punishment

2. Relief Requested: I'm asking for an full Investigation and up to the removal of these Staff members and to have Compention for Medical and Sycological damage.

3. Date/Time Complaint received from inmate: _____

4. Date/Time Informally discussed with inmate: _____
5. Staff Response: _____
_____
_____
_____
_____

6. Date Administrative Remedy provided: _____

7. Informal Resolution was / was not accomplished.


_____                    _____
INMATE'S SIGNATURE/REGISTER NO.            DATE

_____                    _____
STAFF MEMBER'S NAME & TITLE                DATE

_____                    _____
UNIT MANAGER'S SIGNATURE                   DATE

[See attachment.         10/12/2017]

I gave to ms putnam Counselor, one BP-8, 8/30/2017/ and she never returned any answer.

I gave to ms putnam, other BP-9, 9/20/2017. She never returned any answer.

Hurtado-Valois, Carlos A
ID# 14626-035

Federal Correctional Gilmer F C I
P. O. Box 6000
Glenville WV 26351

INCIDENT REPORT CDFRM

BP-A0288
JUNE 10
U.S. DEPARTMENT OF JUSTICE



204.216

FEDERAL BUREAU OF PRISONS

## Part I - Incident Report

| 1. Institution: FCI ALLENWOOD | | | |
|---|---|---|---|
| 2. Inmate's Name<br>Hurtado, Carlos | 3. Register Number<br>14626-035 | 4. Date of Incident<br>04-20-2016 | 5. Time<br>11:45 AM |
| 6. Place of Incident<br>2A | 7. Assignment<br>Food Service | 8. Unit<br>2A | |
| 9. Incident<br>Threatening staff. Insolence towards a staff member. | | 10. Prohibited Act Code(s)<br>203, 312 | |

11. Description of Incident (Date: 4-20-16 Time: 11:45 Am Staff became aware of incident)
On April 20th, at approximately 11:45 AM, I officer Slocum was asked to escort inmate Hurtado #14626-035 to the Lieutenant's Office from unit 2A. While I waited for the inmate to put his boots on he said to me "Fuck you, fuck the Lieutenants, I don't care". I ordered inmate Hurtado to put his boots on because he needed to come with me. He again said fuck you and told me I was a bitch. The inmate then said "fuck you, You want to fight lets go I don't care". The inmate then made fists with both hands. I ordered the inmate to walk to the front door of unit 2A where I placed him in hand restraints and escorted him to the Special Housing Unit.

| 12. Typed Name/Signature of Reporting Employee<br>J. Slocum / *signature* | 13. Date And Time<br>4-20-16 2:00 PM | |
|---|---|---|
| 14. Incident Report Delivered to Above Inmate By<br>(Type Name/Signature) *signature* | 15. Date Incident Report Delivered<br>4/20/16 | 16. Time Incident Report Delivered<br>6:20 pm |

## Part II - Committee Action

17. Comments of Inmate to Committee Regarding Above Incident

18. A. It is the findings of the committee that you:

___ Committed the Prohibited Act as charged.

___ Did not Commit a Prohibited Act.

___ Committed Prohibited Act Code(s) ___

B. ___ The Committee is referring the Charge(s) to the DHO for further Hearing.

C. ___ The Committee advised the inmate of its findings and of the right to file an appeal within 20 calendar days.

19. Committee Decision is Based on Specific Evidence as Follows:

20. Committee action and/or recommendation if referred to DHO (Contingent upon DHO finding inmate committed prohibited act)

21. Date and Time Of Action ___ (The UDC Chairman's signature certifies who sat on the UDC and that the completed report accurately reflects the UDC proceedings.)

Chairman (Typed Name/Signature)     Member (Typed Name)     Member (Typed Name)

DISTRIBUTE: ORIGINAL-Central File record; COPY-1-DHO; COPY-2-Inmate After UDC Action; COPY-3-Inmate within 24 hours of part I Preparation

BP-A0288
JUNE 10
U.S. DEPARTMENT OF JUSTICE                                    FEDERAL BUREAU OF PRISONS

## Part I – Incident Report

| | | | |
|---|---|---|---|
| 1. Institution: FCI ALLENWOOD | | | |
| 2. Inmate's Name  Hurtado-Valois, Carlos | 3. Register Number  14626-035 | 4. Date of Incident  ~~4-5-2016~~ 5-4-16 SO | 5. Time  5:30 PM |
| 6. Place of Incident  SHU cell Z04-216 | 7. Assignment  SHU unassigned | 8. Unit  2A | |
| 9. Incident  Threatening  Refusing an order  Insolence                5-4-16 SO | | 10. Prohibited Act Code (s)  203  307  312 | |

11. Description of Incident (Date: ~~4-5-2016~~ 5-4-16 SO  Time: 5:30 pm  Staff became aware of incident)

On May 4th, 2016, at approximately 5:30 pm, I approached SHU cell 216 to pick up the dinner food trays. After I retrieved the food trays inmate Efrain Reyes, 59265-066, asked me if I could assist with a problem in his cell. He stated that he has a bottom bunk restriction due to seizures and inmate Carlos Hurtado-Valois, 14626-035, was refusing to move to the top bunk. I called inmate Hurtado to the door and ordered him to move to the top bunk. Inmate Hurtado refused to comply and began cursing and motioning at me with aggressive motions. I again ordered inmate Hurtado to move his bedding to the top bunk. At this time inmate Hurtado continued yelling and cursing at me while punching towards my face and striking the cell door window multiple times. Inmate Hurtado continued threatening me by waving me to come in to the cell and throwing many punches and kicks in my direction striking the door and wall numerous times. Inmate Hurtado stated "I'll fuck you!", "Fuck you up!", and "Come in" all while throwing strikes at the door. The inmate continued to threaten me as I exited the range. The Operations Lieutenant was notified.

| 12. Typed Name/Signature of Reporting Employee  Sassaman/ [signature] | 13. Date and Time  ~~4-5-16~~ 5-4-16 SO  6:15 PM | |
|---|---|---|
| 14. Incident Report Delivered to Above Inmate By  (Type Name/Signature)  J. BROWN, LIEUTENANT  [signature] | 15. Date Incident Report Delivered  5/4/16 | 16. Time Incident Report Delivered  8:00 pm |

## Part II – Committee Action

17. Comments of Inmate to Committee Regarding Above Incident
_____
_____

| 18. A. It is the findings of the committee that you: | B. ____ The Committee is referring the Charge(s) to the DHO for further Hearing. |
|---|---|
| ____ Committed the Prohibited Act as charged.  ____ Did not Commit a Prohibited Act.  ____ Committed Prohibited Act Code(s) ____ | C. ____ The Committee advised the inmate of its findings and of the right to file an appeal within 20 calendar days. |

19. Committee Decision is Based on Specific Evidence as Follows:
_____
_____

20. Committee action and/or recommendation if referred to DHO (Contingent upon DHO finding inmate committed prohibited act)
_____
_____

21. Date and Time Of Action _____ (The UDC Chairman's signature certifies who sat on the UDC and that the completed report accurately reflects the UDC proceedings.)

Chairman (Typed Name/Signature) _____   Member (Typed Name) _____   Member (Typed Name) _____

DISTRIBUTE:   ORIGINAL-Central File record; COPY-1-DHO; COPY-2-Inmate After UDC Action; COPY-3-Inmate within 24 hours of part I Preparation

BP-S288.052 INCIDENT REPORT FORM
MAY 1994
U.S. DEPARTMENT OF JUSTICE                                FEDERAL BUREAU OF PRISONS

1. Name Of Institution: FCI Allenwood, Pennsylvania

Part I - Incident Report

| 2. Name Of Inmate<br>HURTADO-VALOIS, Carlos | 3. Register Number<br>14626-035 | 4. Date Of Incident<br>09-30-2016 | 5. Time<br>0925 hrs |
|---|---|---|---|
| 6. Place Of Incident<br>Compound-Lieutenant's Office | 7. Assignment<br>FS DIN PM | 8. Unit<br>2A | |

9. Incident: Insolence Towards Staff                     Code 312

11. Description Of Incident (Date: 09-30-2016 Time: 9:25 a.m. Staff become aware of incident)

On the above date and time, Inmate HURTADO-VALOIS, Carlos was called to the lieutenant's office by the DHO to provide him a copy of his DHO report. At 9:25 am., HURTADO-VALOIS appeared at the lieutenant's office area. As I handed HURTADO-VALOIS a copy of his DHO report, he began to walk away. At that time, he turned to me and said, "Fuck you." He continued to walk until I called him back to the area. Officer J. Wright had just exited the building when HURTADO-VALOIS made the statement of "Fuck you".

| 12. Signature Of Reporting Employee | Date And Time<br>9/30/16<br>0935 hrs | 13. Name And Title (Printed)<br>K. Bittenbender- DHO |
|---|---|---|
| 14. Incident Report Delivered To Above Inmate By<br>S. McConnell | 15. Date Incident Report Delivered<br>9/30/16 | 16. time Incident Report Delivered<br>10:15 am |

Part II - Committee Action

17. Comments Of Inmate To Committee Regarding Above Incident



18. A. It Is The Finding Of The Committee That You:           B. _____ The Committee Is Referring
_____ Committed The Following Prohibited Act.                The Charge(s) To The DHO For Further
                                                             Hearing.
_____ Did Not Commit A Prohibited Act.                       C. _____ The Committee Advised The
                                                             Inmate Of Its Finding And Of The Right
                                                             To File An Appeal Within 15 Calendar
                                                             Days.

19. Committee Decision Is Based On The Following Information

20. Committee action and/or recommendation if referred to DHO (Contingent upon DHO finding inmate committed prohibited act)

21. Date And Time Of Action _____ (The UDC Chairman=s Signature Next To His Name Certifies Who Sat On The UDC And That The Completed Report Accurately Reflects The UDC Proceedings.)

Chairman (Typed Name/signature)         Member (Typed Name)          Member (Typed Name)

Record Copy - Central File Record;  Copy - DHO;  Copy - Inmate After UDC Action;  Copy - Inmate Within 24 Hours Of Part I Preparation
(This Form May Be Replicated Via WP)                         Replaces BP-288(52) Of Jan 88

RETALIATION

The Frist Amendment prohibits jail and prison officials from retaliating against inmates who report complaints, file grievances, or file lawsuits. Retaliation can take many forms: e.g., refusing to provide hygiene materials reading or interfering with an inmate's legal papers placing an inmate in segregation or poor living conditions, transferring an inmate to a different cell or differents prison, threats, even having the inmate assaulted. Importantly,"government actions, which standing alone does not vilate the Constitution, may nonetheless be constitutional torts if motivated in substantial part by a desire to punish an individual for exercise of a constitutional right

Retaliation claims are difficult to prove Officials can usually offer non-retaliatory explanations for their actions, and courts tend to believe them although you can win relief in court, if you have solid evidence of an official's retaliatory intent, there is a lot that angry officials can get away with. This is something that you must consider when you are deciding whether to file a grievance or lawsuit



Envelope:
- Return address: CARLOS HURTADO-VALOIS, #14626-035, Berlin FCI, P.O. Box 9000, Berlin NH 03570
- Marked: LEGAL MAIL
- Addressed To: CLERK OF THE COURT, U.S., Robert C. Byrd Federal Building and U.S. Courthouse, 100 North Heber Street, Room 119, Beckley, West Virginia 25801
- Stamp: RECEIVED MAY 31 2022, RORY L. PERRY II, CLERK, U.S. District Court, Southern District of West Virginia
- Certified Mail: 7020 3160 0001 7922 0471